IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COLUMBIA LUXAR, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-00467-X (BT) |
| | § | |
| DELORIS PHILLIPS, | § | |
|     Defendant. | § | |

# ORDER

On March 6, 2020, the Court entered Findings, Conclusions, and a Recommendation that this case be dismissed because Defendant Deloris Phillips failed to submit a copy of the state court records required for removal of actions from state court. Phillips has now submitted her state court records. The Court therefore VACATES its March 6, 2020, Findings, Conclusions, and Recommendation.

Phillips also filed a motion that she be provided her state court records. (ECF No. 3). It appears Phillips has obtained her state court records because she has filed the records in this case. Phillips's motion is therefore DENIED.

Signed June 25, 2020.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE