# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| COLUMBIA LUXAR, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-00467-X (BT) |
| | § | |
| | § | |
| DELORIS PHILLIPS, | § | |
| Defendant. | § | |

## <u>ORDER</u>

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Signed this 24th day of September, 2020.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE